# UNITED STATES DISTRICT COURT
## District of Kansas

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Filed Under Seal** |
| Plaintiff, | |
| v. | CASE NO. 6:19-cr-10134-EFM |
| **SHAWN RICHARD SEBURN,**<br>**aka FREDD NOBLE,**<br>**aka FREDD ALLEN,** | |
| Defendant. | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**Transportation of Child Pornography**
**18 U.S.C. § 2252A(a)(1)**

Beginning on or about August 26, 2018, and continuing to September 15, 2018, in the District of Kansas, the defendant,

**SHAWN RICHARD SEBURN, aka FREDD NOBLE, aka FREDD ALLEN,**

knowingly transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate or foreign commerce, to wit, a Tumblr account via the internet, and did so in and affecting interstate and foreign commerce by any means including by computer, in violation of Title 18, United States Code, Section 2252A(a)(1).

## FORFEITURE ALLEGATIONS

Upon conviction of the offense in violation of 18 United States Code, Section 2252A(a)(1), as set out in Count 1 of this Indictment, the defendant, **SHAWN RICHARD SEBURN, aka FREDD NOBLE, aka FREDD ALLEN,** shall forfeit to the United States of America, pursuant to 18 United States Code, Section 2253(a)(3), any and all property used or intended to be used in any manner or part to commit or promote the commission of such offense of any property traceable to such property, including but not limited to:

   LG smartphone,  Model LG-Q710AL, IMEI 089458280007947605;
   Asus laptop, SN HCN0GR05C477526;
   LG smartphone, Model LM-X410MK, IMEI 355380-09-836887-8;
   LG smartphone, Model LM-X410MK, IMEI 355380-09-836790-4;
   Lenovo computer, SN E507500409;
   Sandisk MicroSD adapter and 32GB microSD card;
   USB drive, Model 048-0567, IC 8814A-048032T;
   Dell Inspiron computer, SN 00196-016-898-966

All pursuant to Title 18, United States Code, Section 2253 (a).

**A TRUE BILL.**

October 9, 2019               /s/ Foreperson
DATE                          FOREPERSON OF THE GRAND JURY

/s/Stephen R. McAllister
STEPHEN R. McALLISTER
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 15845
Stephen.McAllister@usdoj.gov

It is requested that trial be held in **WICHITA, Kansas**